**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **GLENN BALKA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:21-CV-00255-E** |
| § | |
| **LIC-A-LOAD TRUCKING, LLC** and § | |
| **D'ANDRE DOMINIQUE REID,** § | |
| § | |
| **Defendants.** § | |

# ORDER

Before the Court is the parties' Stipulation of Dismissal (Doc. No. 12), which requests the Court to enter an order that Plaintiff's claims against all Defendants should be dismissed, *without prejudice*, in accordance with Federal Rule of Civil Procedure 41(a)(2). The stipulation, construed as a motion to dismiss, is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's claims against all Defendants are dismissed without prejudice.

**SO ORDERED**; signed April 13, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE